# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Jason Beddingfield | )  Case No. 22-cr-66 |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   *Place*

   on _____
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release            Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
    Person or organization    John Woods
    Address *(only if above is an organization)*
    City and state                           Tel. No.

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                      Signed:  Acknowledged on the Record          12/30/2021
                                                     *Custodian*                      *Date*

(✓) (7) The defendant must:
    (✓) (a) submit to supervision by and report for supervision to the  EDNC Pretrial Services as directed,
           telephone number  (919)861-8660, no later than         .
    (☐) (b) continue or actively seek employment.
    (☐) (c) continue or start an education program.
    (✓) (d) surrender any passport to:  EDNC Pretrial Services
    (✓) (e) not obtain a passport or other international travel document.
    (✓) (f) abide by the following restrictions on personal association, residence, or travel:  Must stay at his Grandfather's residence except for court proceedings, medical appointments, and religious services with prior notification

    (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  the Defendant's father and any person that was present at the Capitol on January 6, 2021.

    (☐) (h) get medical or psychiatric treatment:

    (☐) (i) return to custody each       at      o'clock after being released at      o'clock for employment, schooling, or the following purposes:

    (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (✓) (k) not possess a firearm, destructive device, or other weapon.
    (☐) (l) not use alcohol (☐) at all (☐) excessively.
    (✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (☐) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    (✓) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from     to    , or (☐) as directed by the pretrial services office or supervising officer; or
        (X) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                              Page  3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ✓ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
- ( ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ) (ii) Voice Recognition; or
- ( ) (iii) Radio Frequency; or
- ( ✓ ) (iv) GPS.

( )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ✓ )  (t)  Defendant may not have any access to a computer, smartphone or smart devices.
Abide by all conditions in the attached addendum.

Until the defendant is placed on GPS monitoring, the Third Party Custodian is to check in twice a day with defense counsel attesting the defendant has not left the home.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Acknowledged on the Record
*Defendant's Signature*

*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/4/2022

*Judicial Officer's Signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD,<br><br>Defendant. | Case No. 22-cr-66 (CJN) |

### ADDENDUM

I. **In addition to the release conditions included in the Order Setting Conditions of Release, Defendant shall comply with the following conditions of release:**

1. Defendant shall be placed on home detention at his grandfather's house. Defendant is not allowed to leave the residence except to attend Court proceedings and meetings with his lawyer. As to any travel to medical appointments or religious services, defendant must first seek permission from his supervising Pre-trial Service officer.

2. Defendant is not to have access to the internet, social media, a smart phone, or any electronic device that can access the internet. Defendant is permitted to have a phone that is not capable of accessing the internet.

3. Defendant is not permitted to travel to Washington, D.C. except for court proceedings.

4. Defendant is not permitted to travel outside of his home judicial district without permission from the Court.

5. For three weeks, Defendant is not to return to his employment. During that time, counsel for Defendant will advise the Court and the government how Defendant's access to the internet and social media at his work site can be limited.

**II.     To ensure Defendant's compliance with the conditions of his release, the third-party custodians shall:**

1. Not permit any visitors in the residence, outside of Defendant's mother or sister, unless the third-party custodian is present.

2. Ensure Defendant does not have access to any computers or "smart" devices capable of accessing the internet.

3. Not have wi-fi or internet access at the residence, unless on a limited basis to allow for remote court proceedings.

4. Remove the door from the bedroom that Defendant will be staying in to ensure the third-party custodian can monitor the Defendant.

5. Immediately report any violation of conditions of release to law enforcement and Pre-trial Services.