IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD | Case No:  22-CR-00066-CJN |

# NOTICE OF APPEARANCE

Counsel, Leza Lee Driscoll, respectfully provides this Honorable Court with Notice of Appearance as Co-Counsel on behalf of defendant, Matthew Jason Beddingfield.

Respectfully submitted this 14th day of March, 2022.

FEDERAL PUBLIC DEFENDER OF
EDNC RALEIGH

By:    /s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused a true and accurate copy to be served on all counsel of record via CM/ECF on this March 14, 2022.

                                          /s/ Leza Lee Driscoll
                                          LEZA LEE DRISCOLL
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Office of the Federal Public Defender
                                          150 Fayetteville Street, Suite 450
                                          Raleigh, North Carolina 27601
                                          Telephone: 919-856-4236
                                          Fax: 919-856-4477
                                          E-mail: Leza_Driscoll@fd.org
                                          N.C. State Bar No. 20926
                                          LR 57.1 Counsel Appointed