FILED
DATE 1-2-2020 TIME 12:39
JOHNSTON COUNTY C.S.C.
BY ____ AEO
       DEPUTY

| STATE OF NORTH CAROLINA | File No. 19CRS7320 |
|---|---|
| JOHNSTON County | In The General Court Of Justice<br>☒ District  ☐ Superior Court Division |

**STATE VERSUS**

Name Of Defendant: Matthew Beddingfield

**JUDGMENT/ORDER OR OTHER DISPOSITION**

| Race | Sex | Date Of Birth |
|---|---|---|

| Attorney For State | ☐ Def. Found Not Indigent  ☐ Def. Waived Attorney  ☐ Attorney Denied | Attorney For Defendant | ☐ Appointed  ☐ Retained | Crt Rptr Initials |
|---|---|---|---|---|

Offense(s):

THIS MATTER COMES ON FOR A MOTION BY THE DEFENDANT TO REDUCE BOND.

AFTER HEARING FROM THE STATE AND THE DEFENDANT, THE COURT GRANTS/DENIES THE MOTION.

CURRENT BOND IS MODIFIED AS FOLLOWS:

$100,000 sec; curfew 6pm-6am; no contact w/ victim or victim family; def is allowed to work w/ dad; dad is to know where matthew is at all times; def is to remain living w/ parents only; def is not to have any access to any social media; def is not to have any access of any firearms in home either.

**SIGNATURE OF JUDGE**

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 1-2-2020 | Jackie Lee | [signature] |

Material opposite unmarked squares is to be disregarded as surplusage.

AOC-CR-305, Rev. 4/14
© 2014 Administrative Office of the Courts