FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 2

**Date:** 2/8/2022   **Case ID:** 176-CE-3241125
**Location:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Middlesex, NC
**Preparer/Assistants:** SA Pete Mines

**Personnel (full names and initials):**
TFO John Gebbard
TFO Clayton Metcalfe

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | One (1) Taurus G3, 9mm Caliber, S/N ABE594376 handgun | G | Bathroom | SA Greg Garey / TFO Clay Metcalfe | Gun Box | |
| 2 | 17 rounds of 9mm ammunition | G | Bathroom | SA Greg Garey / TFO Clay Metcalfe | Gun Box | |
| 3 | One (1) H&R Model 733, .32 Caliber, S/N AB10593 handgun | G | Bathroom | SA Greg Garey / TFO Clay Metcalfe | Gun Box | |
| 4 | Five (5) rounds of .32 caliber ammunition | G | Bathroom | SA Greg Garey / TFO Clay Metcalfe | Gun Box | |
| 5 | Two (2) shoes, Nike Brand, black in color, size US 12 | C | Corner of Room | SA Pete Mines / TFO Clay Metcalfe | Paper Bag | |
| 6 | One (1) Hi-Point, Model C9, 9mm Caliber, S/N P1295585 | F | Master Closet | TFO John Gebbard / SA Peter Ahern | Gun Box | |
| 7 | Seven (7) Rounds of 9mm ammunition and Hi-Point magazine | F | Master Closet | TFO John Gebbard / SA Peter Ahern | Plastic Bag | |
| 8 | One (1) Smith & Wesson .357 Magnum, S/N DAN8615 | F | Master Closet | TFO John Gebbard / SA Peter Ahern | Gun Box | |
| 9 | One (1) Mossberg International 715T, .22 caliber, S/N EMD3734313 | F | Master Closet | TFO John Gebbard / SA Pete Mines | Gun Box | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 2

Date: 2/8/2022   Case ID: 176-CE-3241125

Location: [redacted] Middlesex, NC

Preparer/Assistants: SA Pete Minos

Personnel (full names and initials):
TFO John Grabberd
TFO Clayton Metcalfe

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 10 | One (1) Sig Sauer, Sigma 400, 5.56 Caliber, S/N 20J053572 | F | Master Closet | SA Pete Minos / TFO John Grabberd | Gun Box | |
| 11 | One (1) Apple iPad, white/silver in color, S/N GG7YLGA5JF8N | C | Floor | TFO Clay Metcalfe / SA Pete Minos | Paper Bag | |
| 12 | 16 rounds .22 caliber ammunition | C | Dresser | TFO John Grabberd / TFO Brame | Plastic Bag | |
| 13 | One (1) Western Feild, Model 740, 30-30 caliber, S/N 692995A Rifle | I | Against Shelves | TFO John Grabberd / SA Peter Ahern | Gun Box | |
| 14 | One (1) MAS, 7.5 Caliber, S/N H5297C | I | Against Shelves | TFO John Grabberd / SA Peter Ahern | Gun Box | |
| 15 | 2055 Rounds of Assorted Ammunition, Gun Cleaning Tools/magazines | N/A | Provided by Jason Beddingfield | SA Pete Minos / TFO John Grabberd | | |