UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD,<br><br>Defendant. | Case No. 22-cr-66 (CJN) |

### ADDENDUM

**I.    In addition to the release conditions included in the Order Setting Conditions of Release, Defendant shall comply with the following conditions of release:**

1. Defendant shall be placed on home detention at his grandfather's house. Defendant is not allowed to leave the residence except to attend Court proceedings and meetings with his lawyer.  As to any travel to medical appointments or religious services, defendant must first seek permission from his supervising Pre-trial Service officer.

2. Defendant is not to have access to the internet, social media, a smart phone, or any electronic device that can access the internet. Defendant is permitted to have a phone that is not capable of accessing the internet.

3. Defendant is not permitted to travel to Washington, D.C. except for court proceedings.

4. Defendant is not permitted to travel outside of his home judicial district without permission from the Court.

5. For six weeks, Defendant is not to return to his employment.  During that time, counsel for Defendant will advise the Court and the government how Defendant's access to the internet and social media at his work site can be limited.

2

**II.   To ensure Defendant's compliance with the conditions of his release, the third-party custodians shall:**

1. Not permit any visitors in the residence, outside of Defendant's mother or sister, unless the third-party custodian is present.

2. Ensure Defendant does not have access to any computers or "smart" devices capable of accessing the internet.

3. Not have wi-fi or internet access at the residence, unless on a limited basis to allow for remote court proceedings.

4. Remove the door from the bedroom that Defendant will be staying in to ensure the third-party custodian can monitor the Defendant.

5. Immediately report any violation of conditions of release to law enforcement and Pre-trial Services.