UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD | CRIMINAL NO. 1:22-cr-00066-CJN |

## MOTION TO WITHDRAW AS COUNSEL

Kyana Givens, hereby respectfully moves the Court for an order allowing her to withdraw as counsel of record for Matthew Jason Beddingfield. The grounds for this motion is Attorney Givens has accepted a new position as the Federal Public Defender for Massachusetts, New Hampshire and Rhode Island.

WHEREFORE, Kyana Givens respectfully moves the Court for an order allowing her to withdraw as counsel for Matthew Jason Beddingfield.

Respectfully submitted, this 28th day of April, 2022.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Kyana Givens*
KYANA GIVENS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kyana_Givens@fd.org
Washington State Bar No. 37670
LR 57.1 Counsel
Appointed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEAN P. MURPHY
Assistant United States Attorney
Detailee, Capitol Siege Section
District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918

by electronically filing the foregoing with the Clerk of Court on April 28, 2022, using the CM/ECF system which will send notification of such filing to the above.

This the 28th day of April, 2022.

*/s/ Kyana Givens*
KYANA GIVENS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kyana_Givens@fd.org
Washington State Bar No. 37670
LR 57.1 Counsel, Appointed