IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD | Case No: 22-CR-00066-CJN |

## NOTICE OF APPEARANCE

Counsel, Rosemary Godwin, respectfully provides this Honorable Court with Notice of Appearance as Co-Counsel on behalf of defendant, Matthew Jason Beddingfield.

Respectfully submitted this 6th day of May, 2022.

                                        FEDERAL PUBLIC DEFENDER OF
                                        EDNC RALEIGH

By:    /s/ Rosemary Godwin
          ROSEMARY GODWIN
          Assistant Federal Public Defender
          Attorney for Defendant
          Office of the Federal Public Defender
          150 Fayetteville Street, Suite 450
          Raleigh, North Carolina 27601
          Telephone: 919-856-4236
          Fax: 919-856-4477
          E-mail:rosemary_godwin@fd.org
          N.C. State Bar No. 18217
          LR 57.1 Counsel Appointed

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy to be served on all counsel of record via CM/ECF on this May 6, 2022.

                                    /s/ Rosemary Godwin
                                    ROSEMARY GODWIN
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    150 Fayetteville Street, Suite 450
                                    Raleigh, North Carolina 27601
                                    Telephone: 919-856-4236
                                    Fax: 919-856-4477
                                    E-mail: rosemary_godwin@fd.org
                                    N.C. State Bar No. 18217
                                    LR 57.1 Counsel Appointed