# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-CR-66 (CJN)** |
| | **:** | |
| **MATTHEW JASON BEDDINGFIELD,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:            /s/
             Sean P. Murphy
             Assistant United States Attorney
             D.C. Bar No. 1187821
             Torre Chardon, Suite 1201
             350 Carlos Chardon Avenue
             San Juan, PR 00949
             787-221-6077
             sean.murphy@usdoj.gov