UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 22-CR-66 (CJN) |
| | : | |
| MATTHEW JASON BEDDINGFIELD, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' MOTION FOR A BRIEF ENLARGEMENT OF THE PERIOD OF TIME IN WHICH TO FILE ITS MOTION IN CONCURRENCE WITH THE RECOMMENDATION OF PRETRIAL SERVICES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to enlarge the deadline set for the government to file its motion from May 20, 2022, at 5:00 PM to May 21, 2022, at 3:00 AM. The undersigned has been actively engaged in several other January 6 matters, to include a detention hearing, plea negotiations, sentencings, case management, and continuing investigations. The government is concurring with the recommendation of the Pretrial Service Officer, specifically that Beddingfield be removed from all supervision programs, and asks for a brief enlargement of the deadline to do so. ECF No. 24, p. 3.

[THIS SPACE INTENTIONALLY LEFT BLANK]

The government meant no disrespect to the Court in missing the 5:00 PM filing deadline and, if granted the opportunity, will have its filing to the Court by no later than approximately nine hours from now—3:00 AM.

                                Respectfully submitted,
                                Matthew M. Graves
                                United States Attorney
                                DC Bar No. 481052

By: _____
                                SEAN P. MURPHY
                                Assistant United States Attorney
                                D.C. Bar No. 1187821
                                Torre Chardon, Ste 1201
                                350 Carlos Chardon Ave
                                San Juan, PR 00918
                                787-766-5656
                                sean.murphy@usdoj.gov