Exhibit 1

206 - Knightdale
6700 Knightdale Blvd
Knightdale, NC, 27545-9654
919 217-2559

| | |
|---|---|
| Employee:100361910 - Brady | 5/7/2022 |
| Open Time:16:44 | 40027 |
| Close Time:17:24 | |
| Table:Table 231 | |
| Guests:1 | |

| | |
|---|---|
| HATCH QUESO DIP | 6.79 |
| CHILI 2 FLOZ ADD TO QUESO | 1.00 |
| PICO DE GALLO MOD | 0.00 |
| 10 BONELESS | 10.99 |
| WILD | 0.00 |
| MANGO | 0.00 |
| $CC BOAT | 0.00 |
| REG_FRIES | 3.49 |
| | |
| Subtotal | 22.27 |
| Tax | 1.84 |
| Total | 24.11 |
| | |
| GW Visa | 24.11 |

--End of Check History--

206 - Knightdale
6700 Knightdale Blvd
Knightdale, NC, 27545-9654
919 217-2559

| | |
|---|---|
| Employee:100361910 - Brady | 5/7/2022 |
| Open Time:17:17 | 40030 |
| Close Time:17:24 | |
| Table: | |
| Guests:1 | |

| | |
|---|---|
| 10 BONELESS | 10.99 |
| MEDIUM | 0.00 |
| ORIG BUFF SAUCE MOD | 0.00 |
| $ 2OZ RANCH | 0.00 |
| $CC BOAT | 0.00 |
| CRISPY CHICKEN WRAP | 9.49 |
| CHIPOTLE BBQ | 0.00 |
| TOMATO | 0.00 |
| FRIES PLTR(SW) | 0.00 |
| BYO BURGER DOUBLE | 10.99 |
| CHEESE CURD BACON STYLE | 1.00 |
| ONIONS - MOD | 0.00 |
| MAYO | 0.00 |
| TOMATO | 0.00 |
| FRIES PLTR(GR) | 0.00 |
| | |
| Order Mode Charge | 0.99 |
| | |
| Subtotal | 32.47 |
| Tax | 2.76 |
| Total | 35.23 |
| | |
| GW Visa | 36.22 |

--End of Check History--