IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MATTHEW JASON BEDDINGFIELD** | Case no.:  22-CR-66 (CJN) |

### Motion to Modify Conditions of Release to Allow Contact with Mr. Beddingfield's Father on December 24, 2022.

Matthew Beddingfield by and through Counsel, hereby moves the Court for a modification of his conditions of release to allow him to visit his father between 8:00AM and 8:00PM on Christmas Eve Day, December 24, 2022.  In support of this motion, Mr. Beddingfield states the following:

1. On February 24, 2022, Mr. Beddingfield made his initial appearance in this district for multiple offenses involving civil and assaultive disorder and trespass of the United States Capitol on January 6, 2021.

2. On March 17, 2022, Mr. Beddingfield was granted release on conditions pending a trial in this matter.  One of his conditions of release is that he not have contact with his father (D.E. 20, ¶ 7(g)).

3. Mr. Beddingfield was previously permitted to have contact with his father on the Thanksgiving holiday.  After the Thanksgiving holiday, United States

Probation reported that Mr. Beddingfield remained in compliance with the terms and conditions of his pretrial release conditions.

4. Mr. Beddingfield would like to visit with his family, including his father, for the Christmas holiday. His family has a large celebration on Christmas Eve and Mr. Beddingfield respectfully requests permission to attend his family's gathering.

5. The assistant United States Attorney assigned to prosecute Mr. Beddingfield, Sean Murphy, has been contacted about this motion and he has no objection.

WHEREFORE, Mr. Beddingfield respectfully requests that he be permitted to visit his family, including his father, between 8:00AM and 8:00PM on Christmas Eve Day, December 24, 2022.

Respectfully submitted this 21st day of December, 2022.

G. ALAN DuBOIS
Federal Public Defender

/s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Sean P. Murphy
Assistant United States Attorney
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
Sean.murphy@usdoj.gov

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 21th day of December, 2022.

        G. ALAN DuBOIS
        Federal Public Defender

        /s/ Leza Lee Driscoll
        LEZA LEE DRISCOLL
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Leza_Driscoll@fd.org
        N.C. State Bar No. 20926
        LR 57.1 Counsel Appointed