United States v. Matthew Jason Beddingfield

Case No. 22-CR-66 (CJN)

# Exhibit 2 – FBI Report of Gonell dated 4/29/2022

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____04/29/2022_____

AQUILINO GONELL, date of birth ████████████████

████████████ (personal), employed as a Sergeant for the United States Capitol Police (USCP), was interviewed in FBI space located at Gallery Place, 616 H Street, Washington D.C. Interviewing personnel were Special Agents (SA) Clarke Burns, SA Giulio Arseni, and SA Michael Banfield. SA Jason Bretzinger, Intelligence Analyst (IA) Val Jensen, and Staff Operations Specialist (SOS) Jesse Rabbitt were also present for portions of the interview. SA Brian Surer was also present via conference call for the first portion of the interview, which dealt with Surer's subject MATTHEW BEDDINGFIELD.

After being advised of the identities of the interviewing personnel and the nature of the interview, GONELL provided the following information:

[Agent note: GONELL was shown multiple open-source video clips, as well as USCP CCTV, and police body-worn camera (BWC) videos. The videos are detailed below and will be maintained as a physical 1A.  The first portion of the interview dealt with GONELL's interaction with a subject named MATTHEW BEDDINGFIELD while on the Capitol's Lower West Plaza. The second portion of the interview dealt with GONELL's experience in the Capitol's Lower West Terrace tunnel].

**Part I: Lower West Plaza--MATTHEW BEDDINGFIELD**

*Former Wagie FULL FOOTAGE: Patriots STORM U.S. Capitol Video*

SA Burns played a portion of this video and asked GONELL to generally describe what was occurring, along with any specific comments about his interaction with a white male shown in the video wearing a two-tone black/gray jacket.

GONELL believed the officers seen walking into view in the rear of the video are a part of GONELL's unit. GONELL was engaged in a physical confrontation with the rioters on the right of the crowd. GONELL, USCP Officer BURGER, and USCP Officer CRESTER are equipped with riot shields.

Investigation on __04/26/2022__ at Washington, District Of Columbia, United States (In Person)

File # 100T-WF-3414040-SUB_E                    Date drafted __04/26/2022__

by Michael James Banfield, BURNS CLARKE GARDNER, ARSENI GIULIO J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

100T-WF-3414040-SUB_E

GONELL had a round riot shield.

At approximately 8:22 elapsed time in the video, a male in a gray hooded sweatshirt with a white beard assaulted GONELL with a flagpole. The individual stabbed GONELL with the flagpole two to three times in his waist and thigh resulting in bruises. A male wearing a black and gray two-tone jacket [agent note: MATTHEW BEDDINGFIELD] and three other rioters pushed against the line of law enforcement officers. SA Burns paused the video. Upon doing so, GONELL indicated he recalled the man in the black and gray two-tone jacket as one of the individuals who potentially assaulted GONELL during the melee. GONELL did not recall any specific words from this individual during the incident. This individual, who was among those pushing officers, was impeding the officers, including GONELL, from being able to do their job. GONELL also observed a male wearing sunglasses, who was later present among the rioters in the tunnel.

During this incident, GONELL was equipped with a baton and utilized his riot control training he received during the course of his employment with the USCP. GONELL believed he was in physical danger during this portion of the riot because he was inside the "intimidating" crowd. The rioters present were all involved in obstructing and impeding GONELL from being able to perform his duty and restore order.

GONELL estimated that at approximately 12:15-12:30 PM, rioters broke the initial police line. While near the Capitol Visitor Center, GONELL received approximately three radio calls to assist officers in the western portion of the Capitol grounds who were engaged with rioters. GONELL and others moved through the Capitol and entered the area through the lower west entrance arch [Agent Note: This area is also known as the Lower West Terrace Tunnel].  This tunnel was intended for use in the 2021 Presidential inauguration. GONELL was immediately engaged in a physical struggle with rioters after coming down from the stage. GONELL's unit did not have time to formulate a plan due as the officers they came to assist were fully engaged in a physical struggle with rioters. GONELL arrived at the front of his responding unit. Metropolitan Police Department (MPD) officers arrived soon after to assist in repelling the rioters. However, in the scene in the video shown to GONELL, all the officers depicted are USCP.  GONELL's unit responded to an area located near the southwest part of the Capitol.

The rioters were working together to overcome law enforcement. Some individuals were more aggressive than others but as a whole, they were all attempting to break into the Capitol. GONELL knew this through the rioter's actions and things the rioters were saying as they struggled with law

100T-WF-3414040-SUB_E

Continuation of FD-302 of  (U) Interview of United States Capitol
Police Sergeant AQUILINO GONELL _____, On  04/26/2022 , Page  3 of 10

enforcement.

   Law enforcement's command structure collapsed during the riot. The
commanding officers became physically involved in repelling rioters due to
the dire situation. It was extremely unusual for members of senior
leadership within USCP to engage in a physical altercation with a subject.
Deputy Chief WALDO, who resigned from the USCP shortly after the riot, was
one of the commanding officers who physically engaged rioters due to the
scale and severity of the riot. GONELL was not aware of any orders issued
from the command structure to other officers during the riot. Officers took
actions on their own. During the riot, GONELL removed his radio from its
shoulder mount due to rioters attempting to use the cord to choke him.
GONELL had the radio hanging at his side for the remainder of the riot and
thus did not hear radio calls.

   SA Burns played video clips from body worn cameras (BWC) of the January
6th riot for GONELL.

**Part II--The Tunnel**

*West Tunnel Video #1--AK BWC*

   The tunnel was one of two entrances that were vital to protect. If the
rioters overwhelmed officers at this entrance, they would have been able to
enter the Capitol 2-3 people at a time, which would have made it easier for
the rioters to seize the building. The officers were able to hold the tunnel
throughout the day and no rioters entered through this location.

   Throughout the struggle at and near the tunnel, GONELL heard rioters
state their intentions to get inside the Capitol. They stated they were
going to "go through police". The officers issued verbal commands for the
rioters to leave the area, which the rioters ignored. The officers attempted
to assist several rioters who required medical aid but the rioters continued
to assault officers. The individual in the gray hooded sweatshirt was among
this group of rioters.

   Around 2:30 PM, officers fell back from the Capitol Plaza to the Lower
West Terrace tunnel. GONELL was one of the last officers to fall back inside
the Capitol. Once inside the Capitol, officers formulated a plan to hold the
doors of the building before realizing the doors were not made of reinforced
material. GONELL and other officers' objective was to protect individuals
inside the Capitol, including Members of Congress. GONELL was scared but
continued to fight. His fear was due to the actions of the rioters, the

100T-WF-3414040-SUB_E

rioters' assaulting officers, and their intentions to disrupt the transfer
of power. GONELL described the rioters as attempting to destroy the system
they claimed to be protecting. At the time, GONELL believed his unit was the
"last line of defense" and was unaware other areas of the Capitol had
already been breached. GONELL recalled an MPD officer named RAMEY KYLE
declaring that law enforcement would make a stand in the tunnel and not
permit any rioters to break through. At one point, GONELL believed he was
the only remaining U.S. Capitol Police officer in the tunnel and felt if he
left, MPD officers would potentially fall back from the tunnel as they may
not feel the same sense of obligation to defend the Capitol as the USCP
officers.

GONELL recalled rioters saying "Trump sent us", that they were "fighting
for Trump", and that "You all [police] should be executed for siding with
the democrats. GONELL was told by a rioter that he wasn't even an American.
GONELL was unsure whether this comment was made in respect to his race or if
it was meant as a political insult. The individual who made this statement
did so while GONELL wore his gas mask.  The individual may have been able to
identify GONELL's accent and race. GONELL heard rioters calling black
officers "N___ers" and stating, "[they] should not be police".

The male wearing a gray hat did not appear forced into the tunnel. The
individual was among those pushing forward against the officers in the
tunnel. GONELL did not observe individuals among the crowd who were
pushed forward against their will. He witnessed individuals leave the
forward ranks of the riot and return freely. The crowd of rioters were
pushing forward in unison.

GONELL recalled a Caucasian male rioter with long hair and beard who was
crouched in the left front corner of the tunnel. Officers attempted to
remove the individual from the area but he refused to leave. The individual
did not appear to be impeded from leaving this area. The individual was
impeding officers from accomplishing their lawful task to restore order and
move rioters back.

While in the front ranks in the tunnel, GONELL assisted two officers who
fell down while engaged with rioters at the front of the tunnel. The rioters
were attempting to pull the officers into the crowd. GONELL fell after
assisting one of the officers and three rioters attempted to pull him into
the crowd. FITZSIMONS, who wore a white jacket, was among the individuals
who assaulted GONELL. GONELL did not know FITZSIMONS' name at the time but
later learned it from news coverage. GONELL repeatedly attempted to utilize
his baton to break free from the rioters.

100T-WF-3414040-SUB_E

As rioters were trying to drag him into the crowd, GONELL felt he was
authorized to use deadly force and considered deploying his firearm to
protect himself. GONELL utilized his baton one last time against the rioters
who were pulling him and was able to break free. If this last attempt had
not worked, he would have utilized deadly force to free himself and avoid
being dragged into the crowd. Based on his training and experience, he
believed being dragged into the crowd would have resulted in him being
seriously injured.

GONELL considered deadly force to be authorized during the incident in
the tunnel. GONELL decided against employing deadly force due to fear of
escalating the riot. The individuals present came prepared for a riot and
many of the rioters carried bags that were not screened for weapons. GONELL
also observed several bulges in rioters' waist regions throughout the riot
that to GONELL suggested possible firearms. GONELL believed the rioters were
waiting for law enforcement to use deadly force first but would then have
reciprocated with overwhelming gunfire of their own. GONELL was worried he
and his fellow officers would lose an ensuing firefight. GONELL's decision
not to fire his weapon was not a legal or policy decision but a purely
tactical one.

The rioters knew the people they were pushing against in the tunnel were
law enforcement officers. GONELL identified a bearded individual wearing a
backwards green baseball hat to be near enough to know the people in the
tunnel were law enforcement. The officers wore visible police markings. The
temporary ramp leading to the tunnel was not steep enough to conceal the
officers in the tunnel from approaching rioters. GONELL, who is 5'7", has
had three to four experiences in the area during previous inaugurations when
the temporary ramp was present and has been able to see into the tunnel.
Rioters several ranks from the front would have been able to easily identify
the individuals in the tunnel were law enforcement officers. In addition to
visible identification, officers in the tunnel continually issued verbal
commands throughout the encounter. There were also alarms sounding from the
Capitol doors that were being held open. Capitol doors being held open long
enough for sirens to sound is not a usual occurrence at the Capitol. There
were additional sirens sounding which were not from law enforcement. GONELL
believed these sirens may have been from the megaphones he witnessed in the
crowds.

GONELL took temporary relief inside the Capitol during the fight in the
tunnel as GONELL badly needed to urinate. He attempted to utilize his radio
to request assistance but identified himself by an incorrect call sign.

100T-WF-3414040-SUB_E
          (U) Interview of United States Capitol
Continuation of FD-302 of Police Sergeant AQUILINO GONELL    , On   04/26/2022   , Page   6 of 10

GONELL believes his inability to remember his radio call sign was due to the residual fear from previously almost being pulled into the crowd of rioters.

Rioters broke scaffolding located on the west side of the Capitol and took metal pipes to use as weapons. They also threw full soda cans at officers, which had a similar effect as being hit by a brick. GONELL recalled being informed a fellow officer lost an eye resulting from injuries sustained during the riot. GONELL has post-traumatic stress disorder (PTSD) resulting from the riot. The sound of metal pipes striking other objects is a trigger for GONELL. Some time after the Capitol Riot, GONELL was walking in an area of the Capitol where scaffolding had been set up. When GONELL heard the metallic sound of scaffolding components striking something, the sound instantly brought him back to January 6th. GONELL had to stop walking due to his PTSD and remind himself that January 6th was over and that the sound did not indicate imminent danger.

GONELL also frequently recalls the screams and smells from the fight inside the tunnel. When on duty, GONELL avoids walking near the Capitol's Lower West Terrace tunnel to avoid PTSD triggers.

GONELL is constantly reminded of the riot due to injuries he received and being involved in related investigations. He has been in physical therapy for the past 15 months for injuries he sustained. He received injuries to his right hand, left shoulder, thigh, and right foot. GONELL sought medical treatment for the injuries several days after the January 6th riot. During the appointment, GONELL had a panic attack when speaking to a receptionist. Details on the injuries are provided below:

- Hand - GONELL received this injury after his initial police line broke but before he fell back to the tunnel. He was struck in the hand by a male rioter who had stolen an MPD baton. The strike on his hand drew blood. GONELL is right handed. GONELL noticed the injury while being crushed in the tunnel between rioters and police. He raised his hand to request help and discovered the injury. GONELL was later able to identify himself on video due to his raised hand having a crooked finger.
- Thigh - GONELL received the injury by being struck with a bike rack.
- Shoulder - GONELL received the injury when a rioter GONELL later learned was named FITZSIMONS pulled on GONELL's shield. GONELL was determined not to lose the shield and hung onto it by his fingertips, which caused significant strain in an awkward direction on his shoulder. Other rioters were striking his shield and attempting to pull him into the crowd, which further exacerbated the injury. The injury resulted in a

100T-WF-3414040-SUB_E

Continuation of FD-302 of     (U) Interview of United States Capitol
                              Police Sergeant AQUILINO GONELL_____ , On 04/26/2022 , Page  7 of 10

       torn rotator cuff. GONELL has had three surgeries performed to treat the issue. One procedure to treat his rotator cuff resulted in a bicep tear. GONELL was informed the bicep tear was not treatable. He has lost mobility in his arm due to the shoulder injury and is no longer able to play basketball as before. The shoulder injury also causes him pain while dressing and performing similar tasks.  The inability to play basketball has been difficult for GONELL as basketball was a significant stress reliever and coping mechanism.

- <u>Foot</u> - GONELL received this injury after being struck with a stage-sized speaker while in the tunnel. The speaker was thrown by a rioter. It struck another rioter and then landed on GONELL's foot. GONELL has had multiple pieces of hardware implanted in his foot to stabilize one of his toes.

A rioter GONELL later identified as TRISTAN STEVENS attempted to ram the edge of GONELL's shield into GONELL's neck while in the tunnel. STEVENS also hit GONELL with a flagpole and drove the tip into GONELL's waist area. A female rioter who wore a red, white, and yellow striped hat was being crushed in the tunnel near GONELL. GONELL recalled her calling out that she was not able to breathe. GONELL believes her struggle to breathe was similar to his crushing experience in the tunnel.

*West Tunnel Video #2--MASTONY BWC*

GONELL identified himself in this BWC video clip at approximately 16:11 (EST), as he could see his U.S. Capitol Police helmet, round shield, and baton he carried in his right hand. At approximately 16:16:05, GONELL identified the male individual in the gray jacket and gaiter as one of the rioters who attempted to pull GONELL into the crowd.

GONELL recalled that the rioters began to push as a cohesive unit in a "heave-ho" movement against officers in the tunnel. The collaborative movement began to push officers back. Multiple ranks of rioters assisted in the effort. GONELL was able to feel the organized pushing movement. He is asthmatic and the increased crushing force made it difficult for him to breathe. GONELL recalled at one point fearing for his life after the pressure began to increase. He heard an individual he later learned was MPD Officer HODGES screaming for help but he was unable to assist due to the force being exerted against GONELL's body by the rioters. Because of the severity of that moment, GONELL looked at his watch and noted it was 3:15pm. At that moment, GONELL said to himself "Fuck, it's 3:15[pm], and I'm gonna die."

All of the rioters intended to break into the Capitol and were

100T-WF-3414040-SUB_E

obstructing officers' efforts to restore order. Individuals further back in the crowd were impeding law enforcement efforts to push the front ranks of rioters back. The rioters in the front ranks were assaulting officers, assisted by individuals further back who were passing equipment forward to support the front ranks and who helped maintain pressure forward.

*West Tunnel Video #3--T. CRAIG BWC*

GONELL did not recall law enforcement deploying riot control weapons other than pepper spray. He did hear some explosive sounds he believed to be fireworks. GONELL recalled fireworks being thrown at law enforcement within the tunnel.

At the timestamp of approximately 4:31pm as observed on BWC, GONELL recalled that rioters brought an individual experiencing medical distress, later identified as ROSANNE BOYLAND, to law enforcement at the tunnel entrance. GONELL did not know BOYLAND's identity at the time and was told her ID had been lost in the riot. Rioters impeded officers' ability to provide medical aid to BOYLAND expediently. Rioters continued their assault as officers attempted to deal with BOYLAND. The rioters told officers that they [police officers] caused BOYLAND's medical emergency. GONELL is trained in first aid. Rendering medical aid is one of his regular duties as a Capitol Police officer. Had BOYLAND been a tourist at the Capitol on a normal day and experienced the same medical emergency, GONELL would have rendered aid as part of his official duties. Had the incident occurred on a normal day, GONELL would have been able to render aid much more quickly.

Officers brought BOYLAND into the Capitol building and started cardiopulmonary resuscitation (CPR). Pepper spray residue in the air impeded CPR and forced the officers to relocate BOYLAND twice in order to continue CPR. GONELL and other officers had to plan alternate routes to transfer BOYLAND to an ambulance due to the ongoing riot. Officers struggled to move BOYLAND on a two-wheel gurney. Officers continued CPR after moving BOYLAND one last time within the Capitol. GONELL oversaw officers' efforts to render aid supervised BOYLAND's movements throughout the Capitol. He personally did not perform CPR on BOYLAND. While rendering aid to BOYLAND, at no point did GONELL find a pulse, observe respirations, or note other signs of life. BOYLAND's care was ultimately transferred to the Washington D.C. Fire Department while at the Capitol.

While moving BOYLAND through the Capitol, GONELL learned rioters had breached the Capitol building in multiple locations. He also learned about a shooting by law enforcement near the House chamber. By the time GONELL

100T-WF-3414040-SUB_E

Continuation of FD-302 of _____(U) Interview of United States Capitol_____ , On __04/26/2022__ , Page __9 of 10__
　　　　　　　　　　Police Sergeant AQUILINO GONELL


returned to the lower levels of the Capitol, all of the rioters had been pushed out of the building.

At approximately 11:00pm - 12:00am on January 6th, GONELL, in an effort to assist in the identification of BOYLAND, returned to the tunnel entrance in an effort to locate any of her personal belongings. He located BOYLAND's driver's license near the ramp by the inauguration stage.

*West Tunnel Video #4--USCP CCTV 0074*

At the timestamp of approximately 4:18pm in the video, several individuals were pointed out to GONELL. [Agent note: these individuals are known to agents as subjects PRELLER, CROWLEY, COLE, ROCKHOLT, and BENSCH].

GONELL indicated that the individual in the dark helmet and goggles, the individual in the forward-facing two-tone baseball hat, the individual wearing the backward green baseball hat, the individual wearing a baseball helmet, and the individual wearing a helmet with Smith-brand goggles should all have been able to easily identify law enforcement inside the tunnel. GONELL based this on the location of the five individuals who were in, or in close proximity to the tunnel. GONELL opined that any reasonable person would have identified personnel in the tunnel as law enforcement officers at this stage in the riot.

GONELL felt this specific moment in the riot to be particularly frightening and that any stability achieved was fragile. All individuals involved in the riot were obstructing law enforcement's ability to remove the assaulting rioters and secure the Capitol. The rioters within the tunnel behind the front line continued to push forward toward the interior of the Capitol. Their presence prevented officers from being able to push the front rioters out of the building.

SA Burns pointed out the aforementioned five individuals to GONELL in the CCTV video. GONELL again believed these individuals impeded and obstructed law enforcement's efforts to perform official duties, namely to protect the Capitol by preventing unauthorized entry. GONELL stated that he saw his job in that moment as forcing back the front rank of rioters, and again noted that rioters in the ranks behind impeded these efforts by applying forward pressure, making it difficult or impossible for GONELL to perform his duties.

**Conclusion of Video Review**

100T-WF-3414040-SUB_E

GONELL was trained in riot control by U.S. Capitol Police. The January 6th riot was the only riot GONELL has ever worked. The other protests he worked, including those by Black Lives Matter, did not escalate to a similar level. GONELL had overarching concerns about damage to the Capitol, the safety of those inside, and the safety of his fellow officers. GONELL also had concerns about national security during the riot. Specifically, he was concerned about sensitive documents and the nuclear "football" present inside the Capitol. The nuclear "football" was there due to the presence of then-Vice President Mike Pence.

Chae Kin is a photographer from New York who may have more documentation of the riot. Kin was standing near the front line of the rioters, in the vicinity of GONELL, taking photographs.