United States v. Matthew Jason Beddingfield

Case No. 22-CR-66 (CJN)

# Exhibit 3 – Snapshot of Gonell's Twitter Account dated 7/7/2023

