**UNITED STATES V. MATTHEW JASON BEDDINGFIELD**

**Case No.:  22-CR-66 (CJN)**

**Exhibit A – Character Letters**

**Jason Beddingfield**

**Phyllis Morris**

**Stacy Honeycutt**

**Angela Mcilvain**

To Judge Nichols,

     My name is Jason Beddingfield, I am the father of Matthew Beddingfield. I am writing this today to hopefully give the court a better idea of the person that Matthew is, as opposed to the negatives that have been spoken of him. Matthew is a good person with a heart for kids and his family. He loves his niece and nephew and enjoys the time he gets to spend with them. When the time comes, I believe that he will make a good father.

     A few years back Matthew had wanted to join the Highway Patrol of N.C. That may no longer be an option but Matthew has a good work ethic and is a productive member of society. Is he perfect, Obviously not, but none of us are. What he is though; is able to learn from situations and circumstances. I know that Matthew has learned from past mistakes and seeks to put this behind him. As I know you are aware of Judge; events teach us a lot about ourselves. Matthew is a smart young man who is learning from this and will become a better person. Because his incarceration will not benefit society or him, I ask you Judge Nichols, for Mercy in your sentencing. Thank You.


Sincerely,

Jason Beddingfield

To whom it may concern,

      I am writing today in regards to my grandson, Matthew. I see Matthew as a really hard worker and caring person. He has made some mistakes in life but I see him trying to prove to everyone that he is doing everything he can to make better choices and do the right things. I believe he has done everything the court has asked of him since he has been back. Matthew goes to work and spends time with niece and nephew as much as he can but he always makes sure he is at home on time like he is supposed to be. I ask from the bottom of my heart for you to please give Matthew the chase to live his life at home with his family.

Sincerely,

Phyllis Morris
Matthew's Granny

To Whom It May Concern,

I am writing this letter on behalf of Matthew Beddingfield. I have known Matthew and his family for over 9 years now and had the honor or being his Assistant Youth Pastor at Calvary Faith Center for over a year. Matthew was a quiet young man but participated in activities and our lessons. He was always willing to help with anything or anyone at anytime. No questions asked. He completed every task he helped with at our church.

I remember having a Super Bowl party with the youth at Matthew's house as his parents voluntarily hosted the party. We all had many laughs, cheers, some boos, and all together wonderful fellowship. I remember Matthew being passionate about his Carolina Panthers, he was the loudest cheerleader for the Panthers that night.

Matthew also went bowling with the youth and he also helped host a surprise birthday party for my husband. Matthew worked well with others and had a very easy going personality.

 I would like to add that Matthew had extremely good manners, especially towards his elders. But the one thing that stood out about Matthew was his love for his family. He was very close to his younger brother and sometimes did things he probably didn't want to just to be with Josh. Matthew has a huge heart for those he loves. He is a sincere and loyal young man and I am honored to have been a part of his life.

I also hope this letter will help in some way.

Sincerely,
Stacy Honeycutt

May 13,2023

To Whom It May Concern:

Re: Matthew Beddingfield

I was Matthew's Youth director at the Genesis Church in Wendell, NC for thirteen years.

As a young child, Matthew was social, happy, fun-loving child with lots of energy.

Matthew always participated in community outreaches to feed the less fortunate in the community.

Young people today face a lot of challenges. Young adults and teens suffer from a variety depression, drug & alcohol use, obesity, academic problems, peer pressures, and issues with social media.

Unfortunately, Matthew hasn't been immune to these challenges. However, I have seen him overcome some wrong choices and challenges.

I watched him grow up to be a kind, intelligent, responsible, and a mannerable young adult.

Matthew has many redeeming qualities and strong family support. I feel sure given the chance, he has a real opportunity to be a positive world changer for society and planet earth.

Best Regards,

*Angela F Mcilvain*

Angela F. Mcilvain