**UNITED STATES V. MATTHEW JASON BEDDINGFIELD**

**Case No.:  22-CR-66 (CJN)**

**Exhibit B – Character Letter**

**Lynn Spivey**

Dear Judge Nichols,

I am writing to you on behalf of my brother, Matthew Beddingfield. Matthew is a huge part of me and my kids' lives. He has been a part of my kids' lives since the day they were born. He loves them and they love him. When Matthew has the opportunity he is either at our home eating with us or just to spend time and play with my kids. He is very active in all 3 of my kids' lives and it would be devastating for them to lose him for a long period of time

My brother has been bullied a lot in his life from kids at school. He was always the chunky kid that the kids made jokes about. He always felt left out and this caused him to have a huge fear of rejection throughout his life.

As for the January 6th situation my brother was there simply to witness a historical event. He is young and was caught up in the emotions of the crowd. Fortunately, he was not hurt nor did he hurt anyone. However, had he known that the event was going to turn into what it did he would have never gone there in the first place. He did not go there looking for or expecting trouble.

Matthew is very book smart and has a lot of potential to do great things in this world. He is a hard honest worker. He is very sorry for his role in the January 6 incident. I am asking you from the bottom of my heart on behalf of my kids and me to please let this horrible experience be over for him so he can move on with his life and continue to be a productive member of society.

Sincerely

Lynn Spivey