**UNITED STATES V. MATTHEW JASON BEDDINGFIELD**

**Case No.:  22-CR-66 (CJN)**

**Exhibit D – Character Letter**

**Christian Thornton**

**Leza Driscoll**

| | |
|---|---|
| **From:** | Christian Thornton <christian.thornton19@yahoo.com> |
| **Sent:** | Wednesday, January 25, 2023 5:59 AM |
| **To:** | Leza Driscoll |
| **Subject:** | Letter to M Law |

EXTERNAL SENDER

My name is Christian Thornton. Me and Matthew have been close friends since early high school which makes it nearly a decade. I helped him get the job that we currently work at since he was a great friend and worker. He also helped me get a similar job with him a couple years ago. He is the most honest friend that I have and I trust him like I would my own brother. Being African American and him being different there has never been any issues with race. He has been around my family and friends of different ethnicities for years and vice versa. If you have more questions I have provided my number please give me a call anytime. Thanks.
9198796875