**UNITED STATES V. MATTHEW JASON BEDDINGFIELD**

**Case No.: 22-CR-66 (CJN)**

**Exhibit E– United States Probation-EDNC**

**Scott Plaster**

# Leza Driscoll

| | |
|---|---|
| **From:** | Scott Plaster <Scott_Plaster@ncep.uscourts.gov> |
| **Sent:** | Wednesday, January 18, 2023 11:47 AM |
| **To:** | Leza Driscoll |
| **Subject:** | Matthew Jason Beddingfield |

Leza,

Per your request, I wanted to write you and provide you with a synopsis of Matthew Beddingfield's pretrial release supervision. A review of Mr. Beddingfield's release conditions reveals several conditions which the defendant has been ordered to comply with. When placed on location monitoring with GPS technology and home detention, I was advised that any violations were to be brought to the attention of the assigned probation officer in the presiding judicial district. There was one instance at the beginning of pretrial release which was determined to be more of a misunderstanding and miscommunication.

Mr. Beddingfield has remained in compliance with the conditions of his pretrial release. His home detention with GPS monitoring was modified to a curfew with GPS monitoring. Beddingfield continues to comply. He is visited at his home monthly, and the door remains off the hinges to his bedroom. Beddingfield utitilizes a flip phone, and there are no signs of internet at the home. The defendant's grandfather (also 3rd party custodian) does not have internet access at his home. Mr. Beddingfield watches television with the use of a digital antenna to receive local channels.

Mr. Beddingfield was on supervised probation with the State of North Carolina at the time of his pretrial release on the instant offense. He was on probation of Assault with a Deadly Weapon Inflicting Serious Injury. He received a 24-month probation sentence on August 16, 2021. As a result of his overall compliance with state probation, he received an early termination of probation on November 7, 2022.

Overall, Mr. Beddingfield has performed admirably on pretrial release and state probation.

Scott Plaster
U.S. Probation Officer
310 New Bern Ave.
Room 610
Raleigh, NC 27601
O: 919-861-8808
C: 919-520-5334